

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00278-CV

Melissa Moya as Next Friend of M.O., a minor child
v.
Rene Gutierrez in his Official Capacity as Superintendent for the Edinburg Consolidated
Independent School District

On appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-1583-16-I

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against appellant.

We further order this decision certified below for observance.

July 21, 2016